**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

DARWIN CELSO CUYA-PRIALE,

     Petitioner,

v.                                                                              No. CIV 25-1166 KG/DLM

DORA CASTRO, ET AL.,

     Respondents.

## <u>ORDER</u>

This matter came before the Court on a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, filed on November 21, 2025 (Doc. 1), and Motion for Temporary Restraining Order and Stay of Removal (Doc. 2). The Court held a hearing in this matter on Friday, December 5, 2025, during which the Court agreed to continue the temporary restraining order proceedings until the following week, on Friday, December 12, 2025, at 1:30 p.m. The Court will provide additional details regarding the remote hearing in a separate notice.

To preserve the status quo in the interim, the Government is ENJOINED from transferring Mr. Cuya-Priale from the Otero County Processing Center while these proceedings remain pending.

IT IS SO ORDERED.

/s/ Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.